# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BURACOS PROPERTY INVESTMENT, LLC, RAUL MARRERO, MIGUELINA LATORRE, WILLIAM K. TAYLOR and EXQUISITE SKIN, INC.,**

      **Plaintiffs,**

**v.**                                                                       Case No: 6:17-cv-2143-Orl-31GJK

**OSCEOLA COUNTY BOARD OF COMMISSIONERS,**

      **Defendant.**

## ORDER

This matter comes before the Court without a hearing on the Unopposed Motion to Remand the First Amended Complaint with Joint Request for Extension of Time (Doc. 12) filed by the Plaintiffs. The Motion indicates that, following the filing of the Plaintiffs' First Amended Complaint, only a state law claim remains. As the Defendant has no objection to the Motion, the Court agrees with the Plaintiffs that a remand to state court is appropriate. Accordingly, it is hereby

**ORDERED** that the Unopposed Motion to Remand with Joint Request for Extension of Time (Doc. 12) filed by the Plaintiffs is **GRANTED**, and this case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 9, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party